# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

Via E-mail and ECF

October 7, 2022

The Honorable Vincent L. Briccetti
District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

>    Re:   United States v. Jeremy Acevedo
>          22 Cr. 118 (VB)

Dear Honorable Briccetti:

I am writing on behalf of Jeremy Acevedo to request an adjournment of the status conference that is currently scheduled for October 17, 2022. As you probably recall from our conference in July, I have been in preliminary discussions with the Government about a potential resolution in this matter. As part of that process, I had Mr. Acevedo evaluated by a clinical psychologist. That evaluation is now complete[1] and I provided the psychologist's written evaluation, along with a mitigation submission, to the Government on October 6, 2022. Under these circumstances, I suggest that the upcoming conference be adjourned for roughly sixty days so that the Government may have adequate time to respond to my proposed resolution. I have spoken with AUSA Josiah Pertz and he does not object to this request. Additionally, earlier this week I visited Mr. Acevedo at the Essex County Jail and he joins in this application and consents to the exclusion of time.

Thank you for your consideration of this request.

>                     Respectfully,
>
>                     /s/
>
>                     Benjamin Gold
>                     Assistant Federal Defender

cc: AUSA Josiah Pertz

---

[1] I received the psychologist's final report yesterday, on October 6, 2022.

---

**[Handwritten annotations:]**

10/11/22

APPLICATION GRANTED
SO ORDERED:
/s/ Vincent L. Briccetti, U.S.D.J.
Dated: 10/11/22
White Plains, NY

Conference adjourned to 12/21/2022 at 11:00 a.m. Time excluded under Speedy Trial Act until 12/21/2022 in the interests of justice, for the reasons set forth in this letter.