UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

__USA__,
Plaintiff(s),

v.

__Jeremy Acevedo__
Defendant(s).

------------------------------------------------------------x

8/2/23

**CALENDAR NOTICE**

__22__ cr __118__ (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference          ___ Final pretrial conference

___ Telephone conference       ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument              ___ Plea hearing

___ Bench ruling on motion     ✓ Sentencing

on __1-25-__, 20__24__, at __10:30AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __10-18-23__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __8-2-__, 20__23__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge